*E-FILED - 4/9/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| DAMAR PETROLEUM, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>CONOCOPHILLIPS COMPANY, a Texas Corporation and DOES 1 through 10, Inclusive,<br><br>Defendants. | Case No. C08 05436-RMW<br><br>**ORDER RE STIPULATION TO STAY THE ACTION PENDING DETERMINATION OF THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION** |

FOR GOOD CAUSE SHOWN, THE COURT ORDERS that this matter is stayed for 90 days pending determination of ConocoPhillips Company's ("COP") 28 U.S.C. § 1407 motion by the Judicial Panel on Multidistrict Litigation, including COP's deadline to respond to the complaint and any case management conferences and other dates set by the Court. Should the Panel not decide COP's motion within 90 days, COP will report further to the Court so that it may revisit whether a further stay would be appropriate. The Case Management Conference is set for July 10, 2009 @ 10:30.

Dated: April 9, 2009

*Ronald M. Whyte*
District Court Judge

- 1 -
ORDER RE STIPULATION TO STAY THE ACTION PENDING PANEL DETERMINATION