1  GLYNN & FINLEY, LLP
   ADAM FRIEDENBERG, Bar No. 205778
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  E-mail: afriedenberg@glynnfinley.com          *E-FILED - 6/26/09*
           jeldredge@glynnfinley.com
6
   Attorneys for Defendant
7  ConocoPhillips Company

8

9                    UNITED STATES DISTRICT COURT

10         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

11

12  DAMAR PETROLEUM, INC.,        )   Case No. C08 05436-RMW
                                  )
13              Plaintiff,        )   **ORDER RE STIPULATION TO
                                  )   CONTINUE THE CASE
14       vs.                      )   MANAGEMENT CONFERENCE**
                                  )
15  CONOCOPHILLIPS COMPANY, a Texas )
    corporation and DOES 1 through 10, )
16  Inclusive,                    )
                                  )
17              Defendants.       )
                                  )
18

19       FOR GOOD CAUSE SHOWN, the Court continues the July 10, 2009 Case Management

20  Conference to July 17, 2009 at 10:30 a.m.

21

22       IT IS SO STIPULATED.

23

24  Dated: June 26, 2009

25                                          *Ronald M. Whyte*
26                                          The Honorable Ronald M. Whyte

27

28

- 1 -
ORDER RE STIPULATION TO CONTINUE THE CASE MANAGEMENT CONFERENCE