GLYNN & FINLEY, LLP
ADAM FRIEDENBERG, Bar No. 205778
JONATHAN A. ELDREDGE, Bar No. 238559
One Walnut Creek Center
100 Pringle Avenue, Suite 500
Walnut Creek, CA 94596
Telephone: (925) 210-2800
Facsimile: (925) 945-1975
E-mail: afriedenberg@glynnfinley.com
       jeldredge@glynnfinley.com

Attorneys for Defendant
ConocoPhillips Company

*E-FILED - 2/2/10*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| *In re:* ConocoPhillips Co. Service Station Rent Contract Litigation | **Case No. M:09-cv-02040-RMW**<br><br>**[] ORDER STAYING TIME TO RESPOND TO COMPLAINTS** |

FOR GOOD CAUSE SHOWN, THE COURT ORDERS that:

(1) ConocoPhillips Company's time to respond to the complaints is stayed pending Plaintiffs' filing of a joint amended complaint;

(2) COP shall have 30 days from filing of the amended complaint to respond; and

(3) The parties are ordered to update the Court on the status of the cases and the filing of the joint complaint prior to the Case Management Conference on February 5, 2010.

Dated: February 2, 2010

*Ronald M. Whyte*
District Court Judge

- 1 -
ORDER RE STIPULATION TO STAY TIME TO RESPOND TO THE COMPLAINTS