1   GLYNN & FINLEY, LLP
    ADAM FRIEDENBERG, Bar No. 205778
2   JONATHAN A. ELDREDGE, Bar No. 238559
    One Walnut Creek Center
3   100 Pringle Avenue, Suite 500
    Walnut Creek, CA 94596
4   Telephone: (925) 210-2800
    Facsimile: (925) 945-1975                    *E-FILED - 2/2/10*
5   E-mail: afriedenberg@glynnfinley.com
            jeldredge@glynnfinley.com
6
    Attorneys for Defendant
7   ConocoPhillips Company

8

9               UNITED STATES DISTRICT COURT

10      NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

11
                                            )   Case No. M:09-cv-02040-RMW
12  *In re:* ConocoPhillips Co. Service Station )
    Rent Contract Litigation                )   [] ORDER STAYING TIME
13                                          )   TO RESPOND TO COMPLAINTS
                                            )
14                                          )
                                            )
15                                          )
                                            )
16  _____)

17      FOR GOOD CAUSE SHOWN, THE COURT ORDERS that:

18      (1) ConocoPhillips Company's time to respond to the complaints is stayed pending

19          Plaintiffs' filing of a joint amended complaint;

20      (2) COP shall have 30 days from filing of the amended complaint to respond; and

21      (3) The parties are ordered to update the Court on the status of the cases and the filing of

22          the joint complaint prior to the Case Management Conference on February 5, 2010.

23

24  Dated:  February 2, 2010

25                                          *Ronald M. Whyte*

26                                          District Court Judge

27

28

                          - 1 -