1  GLYNN & FINLEY, LLP
   ADAM FRIEDENBERG, Bar No. 205778
2  JONATHAN A. ELDREDGE, Bar No. 238559
   One Walnut Creek Center
3  100 Pringle Avenue, Suite 500
   Walnut Creek, CA 94596
4  Telephone: (925) 210-2800
   Facsimile: (925) 945-1975
5  E-mail: afriedenberg@glynnfinley.com
           jeldredge@glynnfinley.com
6
   Attorneys for Defendant
7  ConocoPhillips Company

8  BLEAU FOX, A P.L.C.
   THOMAS P. BLEAU, Bar No. 152945
9  GENNADY L. LEBEDEV, Of Counsel, Bar No. 179945
   3575 Cahuenga Boulevard West, Suite 580
10 Los Angeles, CA 90068
   Telephone: (323) 874-8613
11 Facsimile: (323) 874-1234
   Email: bleaushark@aol.com
12         glebedev@bleaufox.com

13 Attorneys for Plaintiffs

14

15                UNITED STATES DISTRICT COURT

16         NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

17

|  |  |
|---|---|
| *In re:* ConocoPhillips Co. Service Station Rent Contract Litigation | **Case No. M:09-cv-02040-RMW** <br><br> **JOINT STIPULATION TO SEVER MDL CASE AND JUDGMENT** |

21    WHEREAS, on April 13, 2011, the Court granted ConocoPhillips' Motion to Dismiss the

22 Second Amended Complaint (Docket No. 98), dismissing Plaintiffs' First, Second and Third

23 Claims without leave to amend, but granting twenty days leave to amend as to other claims.

24    WHEREAS, on April 20, 2011, Plaintiff, NRU INC. filed an amended complaint,

25 asserting a Fourth Claim for Relief for Violations of California Business and Professions Code

26 §21140, et seq. and a Fifth Claim for Relief for violations of California Business and Professions

27 Code §17200 (Docket No. 100).

28

1    WHEREAS, on May 23, 2011, ConocoPhillips filed its Answer to NRU's amended complaint (Docket No. 102).

3    WHEREAS, the MDL plaintiffs intend to appeal the Court's Order dismissing their MDL claims. Consequently, the parties believe that the MDL claims that were dismissed pursuant to the Court's April 13, 2011 Order (Docket No. 98) should be severed from NRU's individual claims (Docket No. 100) and that Judgment be entered on those MDL claims, which are distinct from NRU's individual claims.

8    WHEREAS, ConocoPhillips intends to bring a motion for attorneys fees and costs incurred with regard to the dismissed MDL claims.

10   IT IS NOW THEREFORE STIPULATED by and between all of the parties to this action, by and through their respective counsel of record that:

12   1. The MDL claims may be severed from NRU's pending claims;

13   2. Judgment in ConocoPhillips' favor may be entered on the dismissed MDL claims;

14   3. ConocoPhillips' last day by which to bring a motion for attorneys fees and costs incurred in connection with the dismissed MDL claims shall be 30 days after entry of judgment on the MDL claims;

17   4. The Plaintiffs reserve the right to oppose ConocoPhillips' intended motion for attorneys fees and costs on any and all grounds that may apply, except that Plaintiffs agree not to oppose such motion for attorneys fees and costs on the grounds that ConocoPhillips must wait until final judgment of NRU's remaining claims.

Dated: September 16, 2011

GLYNN & FINLEY, LLP

By ____/s/ Adam Friedenberg____
Attorneys for Defendant
ConocoPhillips Company

Dated: September 16, 2011

BLEAU FOX, A P.L.C.

By ____/s/ Thomas P. Bleau____
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| *In re:* ConocoPhillips Co. Service Station Rent Contract Litigation | **Case No. M:09-cv-02040-RMW**<br><br>**[] JUDGMENT** |

By Order dated April 13, 2011, the Court granted Defendant, ConocoPhillips Company's ("ConocoPhillips") Motion to Dismiss the Second Amended Complaint (Docket No. 98), dismissing Plaintiffs' First, Second and Third Claims (the "MDL Claims") without leave to amend, but granting twenty days leave to amend as to other claims. On April 20, 2011, Plaintiff, NRU INC. filed an amended complaint, asserting a Fourth Claim for Relief for Violations of California Business and Professions Code §21140, et seq. and a Fifth Claim for Relief for violations of California Business and Professions Code §17200 on behalf of itself only (Docket No. 100) ("NRU Claims"), which claims are distinct from the "MDL" claims that have been dismissed pursuant to the Court's April 13, 2011 Order (Docket No. 98).

Therefore, pursuant to Stipulation by and between all parties to this action and for good cause, the Court hereby ORDERS, ADJUDGES AND DECREES that:

1. the NRU Claims are hereby severed from the MDL Claims that had been dismissed pursuant to the Court's April 13, 2011 Order;
2. Plaintiffs shall take nothing by reason of their MDL Claims against ConocoPhillips and Judgment is hereby entered on such MDL Claims;

1   3. ConocoPhillips shall have thirty (30) days from entry of this Judgment to file
2      a motion for attorneys fees and costs incurred in connection with the
3      dismissed MDL Claims.
4   IT IS SO ORDERED.
5
6   Dated:  __JEGJ_____, 2011      By:_____*Ronald M. Whyte*_____
                                              The Honorable Ronald M. Whyte
7                                             United States District Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28